*State, Respondent, v. Tate, Petitioner*, No. 91462-1. Petition for review of a decision of the Court of Appeals, No. 68068-4-I, February 17, 2015, 185 Wn. App. 891. *Denied* July 8, 2015.

*State, Respondent, v. Longo, Petitioner*, No. 91463-0. Petition for review of a decision of the Court of Appeals, No. 70523-7-I, February 9, 2015, 185 Wn. App. 804. *Denied* July 8, 2015.

*State, Respondent, v. Miller, Petitioner*, No. 91464-8. Petition for review of a decision of the Court of Appeals, No. 68574-1-I, February 9, 2015, 185 Wn. App. 1048. *Denied* July 8, 2015.

*Taylor, Respondent, v. Bell et al., Petitioners*, No. 91469-9. Petition for review of a decision of the Court of Appeals, No. 70414-1-I, December 29, 2014, 185 Wn. App. 270. *Denied* July 8, 2015.

*State, Respondent, v. McPherson, Petitioner*, No. 91472-9. Petition for review of a decision of the Court of Appeals, No. 45056-9-II, February 24, 2015, 186 Wn. App. 114. *Denied* July 8, 2015.

*State, Respondent, v. Haviland, Petitioner*, No. 91483-4. Petition for review of a decision of the Court of Appeals, No. 45048-8-II, March 3, 2015, 186 Wn. App. 214. *Denied* July 8, 2015.

*State, Respondent, v. Trice, Petitioner*, No. 91159-2. Petition for review of a decision of the Court of Appeals, No. 44808-4-II, November 25, 2014, 184 Wn. App. 1047. *Denied* July 9, 2015.